# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF JUDICIAL
DISCIPLINE OF KERRY EARLEY.

No. 82361

**FILED**

APR 0 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on January 21, 2021, with the filing of a certified copy of the Stipulation and Order of Consent to Public Admonishment. *See* Procedural Rules of the Nevada Commission on Judicial Discipline, Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:  Richard Harris Law Firm
     Nevada Commission on Judicial Discipline

 

21-09651